# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 5:04cv156 |
| Plaintiff, | |
| v. | ORDER |
| BUD FOODS, LLC d/b/a SHONEY'S RESTAURANT, | |
| Defendant. | |

This matter is before the Court on the "Defendant's Motion for Reconsideration" (document #31) filed April 3, 2006. For the reasons stated previously concerning the Plaintiff's "Motion for Leave to File a Response Brief to Defendant's Reply Brief" (document #27), and having been advised by the chambers' staff of the District Judge to whom this case is assigned (the Honorable Richard L. Voorhees) that the District Court will consider what is, in effect, a sur-reply in opposition to the Defendant's Motion for Summary Judgment, the Defendant's Motion for Reconsideration is denied.

**SO ORDERED**.

Signed: April 4, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge