# United States District Court
# For The Western District of North Carolina
# Statesville Division

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

       Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:04CV156

BUD FOODS, LLC,
d/b/a SHONEY'S RESTAURANT,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 7, 2006, Order.

                                            Signed: August 7, 2006

                                            Frank G. Johns, Clerk
                                            United States District Court